UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                              )
LANCE THOMPSON and DARA SINGH,                )
                                              )        No. C06-1270RSL
                          Plaintiffs,         )
                                              )
        v.                                    )
                                              )        ORDER VACATING ORDER
SAFETY-KLEEN SYSTEMS, INC., *et al.*,         )        TO SHOW CAUSE
                                              )
                          Defendants.         )
_____       )

        This matter comes before the Court *sua sponte*.  On April 12, 2007, the Court ordered defendants to deliver a courtesy copy of documents they filed on April 6, 2007 and April 10, 2007.  Defendants have now done so.  The Order to Show Cause (Dkt. #24) is hereby VACATED:  defendants need not take any further action in response to the Order to Show Cause.

        DATED this 17th day of April, 2007.

                                    *MMS Lasnik*
                                    ─────────────────────
                                    Robert S. Lasnik
                                    United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE