1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
LANCE THOMPSON and DARA SINGH,  )
                                )   No. C06-1270RSL
            Plaintiffs,         )
                                )   ORDER STRIKING DEFENDANT'S
        v.                      )   REPLIES IN SUPPORT OF ITS
                                )   MOTIONS TO COMPEL
SAFETY-KLEEN SYSTEMS, INC., *et al.*,  )
                                )
            Defendants.         )
_____)

This matter comes before the Court on "Defendant's Reply to Plaintiff Thompson's Response to Defendants' [sic] Motion to Compel Discovery Responses" (Dkt. #27) and "Defendant's Reply to Plaintiff Singh's Response to Defendants' [sic] Motion to Compel Discovery Responses" (Dkt. #29). On April 6, 2007, defendant Safety Kleen Systems, Inc. filed two motions to compel: (1) a motion to compel discovery responses from plaintiff Singh (Dkt. #15); and (2) a motion to compel discovery responses from plaintiff Thompson (Dkt. #19). Defendant noted both of its motions for the Court's consideration on April 27, 2007 pursuant to Local Civil Rule 7(d)(3). Under Local Civil Rule 7(d)(3), "Any reply papers shall be filed and served no later than the noting date." Therefore, any replies by defendant in support of its motions to compel were due on **April 27, 2007**. On May 22, 2007, the Court filed its orders on

ORDER STRIKING DEFENDANT'S
REPLIES IN SUPPORT OF ITS MOTIONS
TO COMPEL

1  defendant's motions to compel. See Dkt. ## 31, 32.[1] After the Court filed its orders and over
2  three weeks after the deadline for reply papers, on May 23, 2007, defendant belatedly submitted
3  replies in support of its motions to compel. For all of the foregoing reasons, the Court STRIKES
4  defendant's replies (Dkt. #27 and Dkt. #29) as untimely under Local Civil Rule 7(d)(3).

5  DATED this 24th day of May, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Untimely replies are not the appropriate procedural vehicle through which to challenge plaintiffs' discovery responses. Should any deficiencies remain in plaintiffs' discovery responses after the Court's May 22, 2007 orders, defendant may file another motion to compel, but only after complying with Local Civil Rule 37(a)(2)'s meet and confer requirements.

ORDER STRIKING DEFENDANT'S
REPLIES IN SUPPORT OF ITS MOTIONS
TO COMPEL                              -2-