UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
LANCE THOMPSON and DARA SINGH,       )
                                     )   No. C06-1270RSL
                  Plaintiffs,        )
      v.                             )
                                     )   ORDER VACATING ORDER
SAFETY-KLEEN SYSTEMS, INC., *et al.*,)   TO SHOW CAUSE
                                     )
                  Defendants.        )
_____)

This matter comes before the Court *sua sponte*. On June 7, 2007, the Court ordered plaintiff Lance Thompson to deliver a courtesy copy of the documents he filed on June 1, 2007. Plaintiff has now done so. The Order to Show Cause (Dkt. #39) is hereby VACATED: plaintiff Thompson need not take any further action in response to the Order to Show Cause.

DATED this 20th day of June, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE