1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                              )
LANCE THOMPSON and DARA SINGH,          )
                                                              )        No. C06-1270RSL
                        Plaintiffs,                     )
                                                              )
            v.                                              )        ORDER TO SHOW CAUSE
                                                              )
SAFETY-KLEEN SYSTEMS, INC., *et al.*,    )
                                                              )
                        Defendants.                   )
_____)

This matter comes before the Court *sua sponte*.  On June 15, 2007, defendants filed a

motion with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. #44 and

#45).  As of this date, a courtesy copy of these documents has not been provided for chambers.

Defendants are hereby ORDERED to show cause within five days of this Order why they

should not be sanctioned for failure to comply with this Court's "Order Regarding Initial

Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 8) and the "Minute Order Setting

Trial & Related Dates" (Dkt. # 12).[1]  Defendants shall immediately deliver a paper copy of the

documents filed on June 15, 2007, with tabs or other organizing aids as necessary and clearly

marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's

_____

[1] This is the second time defendants have failed to comply with the Court's orders requiring them
to deliver a paper copy of filings exceeding 50 pages by 10:30 a.m. the morning after filing.  See Dkt.
##8, 12, and 24 (Order to Show Cause).  Any subsequent failures to abide by the Court's order will result
in sanctions.

ORDER TO SHOW CAUSE

1   Office.

2       The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar

3   for July 2, 2007.

4       DATED this 22nd day of June, 2007.

5

6

7                                            *MM S Lasnik*

8                                            Robert S. Lasnik
                                             United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26