# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LANCE THOMPSON and DARA SINGH,<br><br>               Plaintiffs,<br><br>   v.<br><br>SAFETY-KLEEN SYSTEMS, INC., *et al.*,<br><br>               Defendants. | No. C06-1270RSL<br><br>ORDER VACATING ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On June 22, 2007, the Court ordered defendants to deliver a courtesy copy of the documents filed on June 15, 2007. Defendants have now done so. The Order to Show Cause (Dkt. #54) is hereby VACATED: defendants need not take any further action in response to the Order to Show Cause.

DATED this 28th day of June, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE