UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
LANCE THOMPSON and DARA SINGH, )
                                   )   No. C06-1270RSL
          Plaintiffs,              )
     v.                            )
                                   )   ORDER REQUESTING COPY
SAFETY-KLEEN SYSTEMS, INC., *et al.*, )   OF DOCUMENTS AND
                                   )   ORDER IMPOSING SANCTIONS
          Defendants.              )
_____)

This matter comes before the Court *sua sponte*. On August 10, 2007, defendant Safety-Kleen Systems, Inc. filed a motion with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. #85 and #86). As of this date, a courtesy copy of these documents has not been provided for chambers. The Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 8) and the "Minute Order Setting Trial & Related Dates" (Dkt. # 12) require defendant to deliver a paper copy of any filings exceeding 50 pages by 10:30 a.m. the morning after filing.

This is the third time defendant has failed to comply with this requirement. See Dkt. ##24, 54 (Orders to Show Cause).

The Court's June 22, 2007 Order to Show Cause stated:

> This is the second time defendants have failed to comply with the Court's orders requiring them to deliver a paper copy of filings exceeding 50 pages by 10:30 a.m. the morning after filing. See Dkt. ##8, 12, and 24 (Order to Show Cause). Any

ORDER REQUESTING COPY OF
DOCUMENTS AND ORDER
IMPOSING SANCTIONS

1  subsequent failures to abide by the Court's order will result in sanctions.
2  Dkt. #54 at 1 n.1.  Under Local General Rule 3(d), attorneys who fail to comply with the Court's
3  orders or the local rules are subject to sanctions as the Court deems appropriate.  <u>See also</u> Dkt.
4  #10 (Application for Leave to Appear Pro Hac Vice) ("I, Thomas T. Hearn, understand that I am
5  charged with knowing and complying with all applicable local rules").   In light of defendant's
6  counsel's repeated disregard for the Local Rules and the Court's June 22, 2007 order, the Court
7  hereby SANCTIONS defendant's counsel in the amount of $100, payable to the Clerk of Court
8  (Sanctions).  Defendant's counsel is jointly and severally liable for paying the sanction.

Defendant shall also immediately deliver a paper copy of the documents filed on August 10, 2007, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

DATED this 21st day of August, 2007.

_____
Robert S. Lasnik
United States District Judge

ORDER REQUESTING COPY OF
DOCUMENTS AND ORDER
IMPOSING SANCTIONS                    -2-