1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

_____
                                                          )
LANCE THOMPSON and DARA SINGH,    )
                                                          )        No. C06-1270RSL
                          Plaintiffs,             )
                                                          )        ORDER GRANTING PLAINTIFF
              v.                                       )        SINGH'S MOTION FOR
                                                          )        VOLUNTARY NONSUIT
SAFETY-KLEEN SYSTEMS, INC., *et al.*,  )
                                                          )
                          Defendants.          )
_____)

## I.  INTRODUCTION

14

15

16

17

18

19

20

        This matter comes before the Court on "Plaintiff Dara Singh's Motion for Voluntary

Nonsuit" (Dkt. #48).  In his motion, plaintiff Singh requests dismissal of his claims under Fed.

R. Civ. P. 41(a)(2) without prejudice for medical reasons.  Defendants oppose plaintiff's motion

and request dismissal of plaintiff's claims with prejudice and an award of attorney's fees and

costs for defending against plaintiff's claims.  See Dkt. #60 (Response).  For the reasons

discussed below, the Court grants plaintiff's motion for voluntary dismissal.

## II.  DISCUSSION

21

22

23

24

25

Plaintiff moves for dismissal under Fed. R. Civ. P. 41(a)(2), which states:

[A]n action shall not be dismissed at the plaintiff's instance save upon order of the
court and upon such terms and conditions as the court deems proper.  If a
counterclaim has been pleaded by a defendant prior to the service upon the
defendant of the plaintiff's motion to dismiss, the action shall not be dismissed
against the defendant's objection unless the counterclaim can remain pending for
independent adjudication by the court.  Unless otherwise specified in the order, a

26

ORDER GRANTING PLAINTIFF
SINGH'S MOTION FOR
VOLUNTARY NONSUIT

1   dismissal under this paragraph is without prejudice.

2   Fed. R. Civ. P. 41(a)(2).  The decision to grant the motion to dismiss rests within the discretion

3   of the court.  Sams v. Beech Aircraft Corp., 625 F.2d 273, 277 (9th Cir. 1980).  "A dismissal

4   under Rule 41(a)(2) normally is without prejudice, as explicitly stated in that rule."  Smith v.

5   Lenches, 263 F.3d 972, 976 (9th Cir. 2001).

6   "A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless

7   a defendant can show that it will suffer some plain legal prejudice as a result."  Id. at 975.  The

8   Ninth Circuit defines plain legal prejudice as "just that - prejudice to some legal interest, some

9   legal claim, some legal argument."  Westlands Water Dist. v. United States, 100 F.3d 94, 97 (9th

10  Cir. 1996).  "[T]he expense incurred in defending against a lawsuit does not amount to legal

11  prejudice."  Id.  In this case, defendants have not asserted counterclaims and the Court finds that

12  defendants have not identified any legal prejudice that will result from plaintiff's dismissal.

13  While in their opposition defendants seek to "hold Plaintiff Singh accountable" for the

14  "multitude of proceedings which he initiated and against which he has forced Defendants to

15  defend," this, by itself, does not constitute legal prejudice.  See Response at 4, ¶12.

16  To protect a defendant, however, the district court may include terms and conditions with

17  a voluntary dismissal.  Westlands Water Dist., 100 F.3d at 97.  Although costs and attorney's

18  fees are often imposed upon a plaintiff who is granted a voluntary dismissal under Rule 41(a)(2),

19  payment of the defendant's costs and attorney's fees is not a prerequisite to an order granting

20  voluntary dismissal.  Stevedoring Serv. of Am. v. Armilla Int'l B.V., 889 F.2d 919,  921 (9th

21  Cir. 1989).  In this case, the Court does not attach conditions to the voluntary dismissal.  In their

22  response, defendants seek recovery of reasonable expenses, in part, because plaintiff failed to

23  appear for his deposition on June 7, 2007 and because defendants allege that plaintiff failed to

24  fully and timely produce discovery responses under the Court's May 25, 2007 Order.  See

25  Response at ¶¶5, 6, 12; Dkt. #23.  The Court, however, has already addressed these issues in its

26  ORDER GRANTING PLAINTIFF
SINGH'S MOTION FOR
VOLUNTARY NONSUIT                                    -2-

"Order Granting In Part and Denying In Part Defendants' Motion for Sanctions Against Plaintiff Singh," where the Court concluded that an award of reasonable expenses was appropriate because of plaintiff's failure to attend his deposition.  As plaintiff notes in his reply, "[i]t should be noted that defense fees and costs are not awarded to defendants who prevail, <u>on the merits</u>, in cases brought under the state and federal employment discrimination statutes except in extraordinary circumstances and where defendant demonstrates that the case was 'frivolous.'" Reply at 3 n.1 (emphasis in original).  While in <u>Stevedoring</u>, the Ninth Circuit addressed a similar argument and ultimately concluded that "no court has refused an award of costs and attorney fees under Fed. R. Civ. P. 41(a)(2) <u>on this basis alone</u>," the Court here weighs this consideration as a factor in declining to impose conditions to dismissal in this case. <u>Stevedoring</u>, 889 F.2d at 921 (emphasis added).  For these reasons, because the Court has already sanctioned plaintiff for conduct addressed in defendants' response, the Court in its discretion here declines to attach additional conditions upon dismissal.

## III. CONCLUSION

For all of the foregoing reasons, the Court GRANTS  "Plaintiff Dara Singh's Motion for Voluntary Nonsuit" (Dkt. #48).  Plaintiff's claims are dismissed without prejudice and without terms or conditions.

DATED this 28th day of August, 2007.

Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF
SINGH'S MOTION FOR
VOLUNTARY NONSUIT                    -3-