UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
LANCE THOMPSON and DARA SINGH, )
                              )      No. C06-1270RSL
            Plaintiffs,       )
     v.                       )      ORDER GRANTING MOTION FOR
                              )      WITHDRAWAL OF COUNSEL
SAFETY-KLEEN SYSTEMS, INC., *et al.*, ) FOR PLAINTIFF DARA SINGH
                              )
            Defendants.       )
_____)

## I. INTRODUCTION

This matter comes before the Court on the "Motion for Withdrawal of Counsel for Plaintiff Dara Singh" (Dkt. #55). In their motion, counsel for plaintiff Singh request leave of Court to withdraw from this matter under Local General Rule 2(g)(4)(A) because of plaintiff's inability to communicate or cooperate with counsel. Id. at 2. Defendants oppose the motion to withdraw because they contend plaintiff should be dismissed with prejudice from this case and because defendants should be awarded fees and costs. Response at 1. For the reasons set forth below, the Court grants plaintiff Singh's counsel's motion to withdraw.

## II. DISCUSSION

Under Local General Rule 2(g)(4)(A), "No attorney shall withdraw an appearance in any cause, civil or criminal, except by leave of court. Leave shall be obtained by filing a motion or a stipulation for withdrawal[.] . . . The attorney will ordinarily be permitted to withdraw until

ORDER GRANTING MOTION
FOR WITHDRAWAL OF
COUNSEL FOR PLAINTIFF SINGH

sixty days before the discovery cut off in a civil case." The Court has broad discretion to interpret and apply this local rule. See Miranda v. S. Pac. Transp. Co., 710 F.2d 516, 521 (9th Cir. 1983) ("District courts have broad discretion in interpreting and applying their local rules."). Pursuant to Rule 1.16(b) of the Washington Rules of Professional Conduct, "a lawyer may withdraw from representing a client if: (7) . . . good cause for withdrawal exists."

In this case, given the Court's order holding the discovery cutoff in abeyance pending a ruling on four motions (Dkt. ##44, 48, 55 & 56) including this one, plaintiff's counsel should be permitted to withdraw based on the schedule in this case. See Dkt. #66. The Court also finds that based on the declaration of attorney John Crosetto, good cause for withdrawal exists.[1] See Dkt. #55 (Crosetto Decl.). On May 22, 2007, counsel informed plaintiff that if he continued to refuse to cooperate in the litigation, counsel could no longer represent him. Id. at ¶3. On June 1 and June 6, 2007, plaintiff's counsel confirmed with plaintiff that he would appear for his deposition. Id. at ¶4. Despite these assurances to counsel, however, plaintiff failed to appear for his deposition, and plaintiff's counsel was unable to reach him on the morning of June 7, 2007. Id. Given this conduct, the Court sanctioned plaintiff. See Dkt. #89 (Order Granting In Part and Denying In Part Defendants' Motions for Sanctions Against Plaintiff Singh). Withdrawal is also supported in this matter because plaintiff has voluntarily dismissed his case. See Dkt. #90 (Order Granting Plaintiff Singh's Motion for Voluntary Nonsuit"). Furthermore, as required by GR 2(g)(4)(A), counsel's motion to withdraw was served on plaintiff Singh and he did not respond. See Dkt. #55 (Crosetto Decl.) at ¶6. Finally, all of the arguments asserted by defendants in opposition to plaintiff's counsel's motion have been addressed in the Court's "Order Granting Plaintiff Singh's Motion for Voluntary Nonsuit" and the "Order Granting In Part and Denying In Part Defendants' Motion for Sanctions Against Plaintiff Singh," and are

---

[1] David Breskin is also granted leave to withdraw because he has left the law offices of Short Cressman & Burgess. See Dkt. #65.

ORDER GRANTING MOTION
FOR WITHDRAWAL OF
COUNSEL FOR PLAINTIFF SINGH            -2-

therefore now moot. See Dkt. ##89, 90.

### III. CONCLUSION

For all of the foregoing reasons, the Court GRANTS the "Motion for Withdrawal of Counsel for Plaintiff Dara Singh" (Dkt. #55).

DATED this 28th day of August, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge