1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                        )
LANCE THOMPSON,                           )
                                                        )          Case No. C06-1270RSL
                            Plaintiff,              )
            v.                                          )
                                                        )          ORDER TO SHOW CAUSE
SAFETY-KLEEN SYSTEMS, INC., *et al.*,   )          VACATED
                                                        )
                            Defendants.         )
_____)

        This matter comes before the Court on defendant Safety-Kleen Systems, Inc.'s

"Response to Order to Show Cause."  Dkt. # 103.  Plaintiff was instructed to file a response and

statement of reasonable expenses if he intended to pursue his request for fees.  No response or

statement having been filed, the Order to Show Cause (Dkt. # 100) is hereby VACATED.


        Dated this 5th day of December, 2007.


                                    *MM S Lasnik*
                                    _____
                                    Robert S. Lasnik
                                    United States District Judge

ORDER TO SHOW CAUSE VACATED